THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRONISLAUS MATUSZAK, Appellant.— Appeal dismissed under section 535 of Code of Criminal Procedure.*    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BATAVIA TIMES PUBLISHING COMPANY, Respondent, v. RICHARD A. HALL, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by November twenty-first.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

S. M. FLICKINGER COMPANY, INCORPORATED, Respondent, v. LOWELL F. SEARL, Appellant.— Appeal dismissed unless appellant shall be ready for argument on November twenty-first.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Examination of ANDREW KOWALSKI, Judgment Debtor, in Proceedings Supplementary to Execution upon the Application of CHARLES STEELE, Judgment Creditor, in an Action Entitled: CHARLES STEELE v. ANDREW KOWALSKI.— Motion granted and appeal dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CRANE COMPANY, Respondent, v. FERDINANDO NOTO and Another, Appellants.— Appeal dismissed unless appellants shall be ready for argument at the opening of the January term.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

DAVID FREEDLANDER and Another, Respondents, v. TRANAHAN HOLDING CORPORATION and Another, Appellants.— Appeal dismissed for failure of appellants to comply with terms of order of this court entered May 19, 1927.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of BASIL ROBILLARD, as Temporary Administrator of the Estate of MARTHA H. BEEMAN, Deceased, of the Proceedings of Said MARTHA H. BEEMAN, as Executrix of the Last Will and Testament of MARCUS M. BEEMAN, Deceased.— Motion granted and appeal dismissed, with costs.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

OSWALD P. BACKUS, JR., and Another, Respondents, v. JAMES J. GREEN and Others, Appellants.— Motions granted and appeals taken by defendants James J. Green, Andrew T. Green and Tobias A. Green dismissed, with costs.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ETHEL M. HAMLIN, Respondent, v. GUY E. HAMLIN, Appellant.— Appeal dismissed, unless appellants shall file and serve printed briefs and printed records by December fifteenth.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LOUIS J. SIGL, INCORPORATED, Respondent, v. SIMON WERTHEIMER and Others, Appellants.— Appeal dismissed, unless appellants shall be ready for argument November twenty-eighth.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.